jym
x9087

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br><br>Reynaldo MEZA-Jimenez,<br><br><br><br>　　　　　　Defendant. | Magistrate Docket No.　26mj1239<br><br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about March 5, 2026, within the Southern District of California, defendant Reynaldo MEZA-Jimenez, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Dustin Sato-Smith
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MARCH 6, 2026.

HON. JILL L. BURKHARDT
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Reynaldo MEZA-Jimenez

### PROBABLE CAUSE STATEMENT

On March 5, 2026, Border Patrol Agent I. Solis and his canine partner were assigned to line-watch duties in the Chula Vista Border Patrol Station's Area of Operations.

Agent Solis responded to a seismic intrusion device with his canine partner. Agent Solis' canine alerted towards a cluster of bushes where he observed three individuals, later identified as the defendant Reynaldo MEZA-Jimenez and Ricardo Martin DIAZ Ton (charged elsewhere), laying down trying to conceal them self in a cluster of bushes. This particular area is two miles east of the Otay Mesa, California, Port of Entry and approximately one mile north of the United States/Mexico International Boundary.

Agent Solis identified himself as a Border Patrol Agent and conducted an immigration inspection. Both subjects, including MEZA stated that they are citizens of Mexico not in possession of immigration documents that would allow them to enter or remain in the United States legally. At approximately 5:08 PM, Agent Solis placed both subjects, including MEZA under arrest.

The defendant MEZA was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on March 5, 2026, with an intended destination of Los Angeles, California.

Routine record checks of the defendant MEZA revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant is not a citizen or lawfully admitted resident of the United States and was previously deported to Mexico on August 14, 2025 through El Paso, Texas. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.